UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAN MAR CORPORATION,<br><br>                Plaintiff,<br>     v.<br><br>DGI APPAREL INC,<br><br>                Defendant. | CASE NO. 2:24-cv-01966-LK<br><br>ORDER OF DISMISSAL |

       This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice. Dkt. No. 33. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney's fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The sole pending motion, Dkt. No. 26, is denied as moot.

       Dated this 9th day of July, 2025.

                                                                                        _Lauren King_
                                                                                        Lauren King
                                                                                      United States District Judge

ORDER OF DISMISSAL - 1